# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138671

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EPIGMENIO GOMEZ,
      Defendant-Appellant.

SC: 138671
COA: 280808
Wayne CC: 07-006974-01

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____/

On order of the Court, the application for leave to appeal the February 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk

p0720